Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com
　　　　susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SEOSAMH PATRICK O'BRIAIN dba ACE DRILLING & EXCAVATION,<br><br>　　　　　　Defendant. | Case No.: 4:17-CV-05899-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE AND FOR RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT; [PROPOSED] ORDER THEREON** |

DISMISSAL WITHOUT PREJUDICE

Pursuant to a Settlement Agreement and Release executed by plaintiffs and defendant ("Settlement Agreement") which is incorporated herein by this reference, plaintiffs request that this Court dismiss this action, in its entirety, without prejudice, and retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal without prejudice is entered by the Court.

DATED: November 29, 2017

BULLIVANT HOUSER BAILEY PC

By */s/ Ronald L. Richman*
Ronald L. Richman

Attorneys for Plaintiffs

**ORDER**

Pursuant to the Settlement Agreement and Release executed by the parties, which terms and conditions are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Agreement should any action be required to enforce the Agreement after the dismissal without prejudice is entered by the Court. See generally, *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v. Tragesser,* 49 F.3d 1430, 1433 (9th Cir. 1995).

DATED: December 11, 2017

By _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Donna M. Ryu

4845-7502-3701.1

– 1 –
DISMISSAL WITHOUT PREJUDICE